UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN

# ACCELERATED COMMUNITY ENTRY PROGRAM

# MINUTE SHEET

| | |
|---|---|
| **USA v.** Larry Darnell Gordon | **District Judge:** Paul L. Maloney |
| | **Magistrate Judge:** Ellen S. Carmody |

| CASE NUMBER | DATE | TIME (begin/end) | PLACE |
|---|---|---|---|
| 1:00-cr-00220-PLM | July 8, 2008 | 1:05 p.m. - 1:20 p.m. | Grand Rapids |

| APPEARANCES | | |
|---|---|---|
| Government:<br>John Salan | Defendant:<br>Sharon Turek | Counsel Designation:<br>FPD Appointment |

**PROCEEDINGS**

Defendant appeared as directed.

Defendant discharged from supervised release after successful completion of ACE and 12 months supervision.

\_\_\_\_\_ REPORT AND RECOMMENDATION TO DISTRICT JUDGE TO ISSUE

| | |
|---|---|
| **Reporter/Recorder:** Kevin Gaugier | **Courtroom Clerk:** J. Lenon |